UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L. SPILLARD, II., | No. 2:20-cv-0702 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| COSTA, et al., | |
| Defendants. | |

On February 11, 2021, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. Plaintiff has filed objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's February 11, 2021 findings and recommendations are vacated.

2. Plaintiff is granted until April 15, 2021 to file an amended complaint. Plaintiff's failure to file an amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: March 3, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
spil0702.36