UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L. SPILLARD, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTA, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0702 KJM CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On September 24, 2021 plaintiff's amended complaint was dismissed with leave to amend.  On October 25, 2021, plaintiff filed a document indicating that he chooses not to file a second amended complaint and, instead, stand on the contents of his amended complaint despite the fact that the court informed plaintiff that he cannot proceed on his amended complaint and explained the reasons his amended complaint was deficient.

　　　　In light of the foregoing, IT IS HEREBY ORDERED that plaintiff's October 25, 2021 "motion to compel service" (ECF No. 15) is denied; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 | Recommendations." Plaintiff is advised that failure to file objections within the specified time
2 | waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
3 | 1991).
4 | Dated: October 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
spil0702.fta